```
LAURA E. DUFFY
United States Attorney
CONNIE V. WU
Assistant United States Attorney
California State Bar No. 297177
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8592

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JESUS HERNANDEZ,<br><br>                    Defendant. | Case No. 16MJ2096-KSC<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

//

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please feel free to call me if you have any questions about this notice.

DATED: July 19, 2016.

              Respectfully submitted,

              LAURA E. DUFFY
              United States Attorney

              *s/ Connie V. Wu*
              CONNIE V. WU
              Assistant United States Attorney

              Attorney for Plaintiff
              UNITED STATES OF AMERICA

CVW:kst:7/19/16

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>JESUS HERNANDEZ,<br><br>　　　　　　　Defendant. | Case No. 16MJ2096-KSC<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Connie V. Wu, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893. I am not a party to the above-entitled action.

I have caused service of the Notice of Appearance as lead counsel for the United States, dated July 19, 2016, and this Certificate of Service, dated July 19, 2016, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

　　John G. Cotsirilos, Esq.　　Attorney for Defendant

　　Robert E. Schroth Jr., Esq.　　Attorney for Material Witnesses

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2016.

　　　　　　　　　　　　　　　　*s/ Connie V. Wu*
　　　　　　　　　　　　　　　　CONNIE V. WU
　　　　　　　　　　　　　　　　Assistant United States Attorney

3