FILED
Aug 11 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ jenniferr  DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JESUS HERNANDEZ,<br><br>                Defendant. | Case No.: '16 CR1827 JLS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i) – Transportation of Certain Aliens for Financial Gain and Aiding and Abetting |

The United States Attorney charges:

On or about July 15, 2016, within the Southern District of California, defendant JESUS HERNANDEZ, knowing and in reckless disregard of the fact that an alien, namely, Leticia Guadalupe Chavez-Huerta, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move said alien, within the Southern District of California, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

DATED: 8/11/16 .

LAURA E. DUFFY
United States Attorney

*/s/ CONNIE V. WU*
CONNIE V. WU
Assistant U.S. Attorney

CVW:rm:7/21/2016