UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Hernandez ) <br> Defendant(s) ) | CRIMINAL NO. 16CR1827-JLS <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **KAREN S. CRAWFORD**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / ~~Order of Court~~).

Leticia Guadalupe Chavez-Huerta

DATED: 8/11/16

**KAREN S. CRAWFORD**
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____  OR
DUSM

2016 AUG 11 PM 2 16

JOHN MORRILL          Clerk
by  J. ROCHA
Deputy Clerk

557-0923

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062