UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> *Hernandez* ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. *16CR1827-JLS* <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

**KAREN S. CRAWFORD**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

*Lorenzo Martinez-Sanchez*

DATED:   *8/11/16*

**KAREN S. CRAWFORD**

UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

RECEIVED _____   OR
DUSM
2016 AUG 11 PM 2 15

JOHN MORRILL                    Clerk

by   *J. Rocha*

Deputy Clerk

*557.2923*

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082