# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>Hernandez　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　Defendant(s)　　　　　) | CRIMINAL NO. 16cr1827-JLS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **KAREN S. CRAWFORD**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / (Order of Court).

Oscar Delgadillo-Gutierrez

DATED: 8/11/16

**KAREN S. CRAWFORD**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____　　　　　OR

DUSM

　　　　　　　　　　　　　　　　　　　JOHN MORRILL　　　　Clerk
　　　　　　　　　　　　　　　　　　　by J. ROCHA 557-2923
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CLERK'S OFFICE COPY　　　　　　　　　☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95