LAURA E. DUFFY
United States Attorney
Alicia P. Williams
Special Assistant United States Attorney
California Bar No. 262823
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8917

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16-CR-1827-JLS |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| JESUS HERNANDEZ, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

Effective this date, the following attorneys are no longer

associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

Connie Wu

Please feel free to call me if you have any questions about this notice.

DATED: September 13, 2016.

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/Alicia P. Williams
Alicia P. Williams
Special Assistant U.S. Attorney
Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-CR-1827-JLS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| JESUS HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Alicia P. Williams, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance as lead counsel for the United States, and this Certificate of Service, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

John G. Cotsirilos, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2016.

LAURA E. DUFFY
United States Attorney

*s/Alicia P. Williams*
Alicia P. Williams
Special Assistant U.S. Attorney
Attorney for Plaintiff
United States of America