# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 16CR1827-JLS |
| vs ) | ABSTRACT OF ORDER |
| Jesus Hernandez ) ) ) ) | Booking No. 57268290 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 9/29/2016 the Court entered the following order:

✓ ___ Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release.

✓ ___ Defendant released on $ 20,000 P/S bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ___ years.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case dismissed.

___ Case dismissed, charges pending in case no. ___

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other. ___

**KAREN S. CRAWFORD**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL                               Clerk
by   J. ROCHA
         Deputy Clerk

Received _____ DUSM

557.2923

Crim-9  (Rev. 8-11)                          ★ U.S. GPO: 1996-783-398/40151